UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT F. SISKY and LYNN R. STEPHANOU,    Plaintiffs,    vs. ALLIED WASTE TRANSPORTATION, INC.,    Defendant. | Case No. 03-CV-4170-JPG |

# JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   October 28, 2005**

                                              **NORBERT JAWORSKI, CLERK**

                                               **by:s/Deborah Agans**
                                              **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
             **U. S. DISTRICT JUDGE**